# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Lakes and Parks Alliance of Minneapolis, a Minnesota non-profit corporation,<br><br>        Plaintiff,<br><br>v.<br><br>Metropolitan Council, a public corporation and political subdivision of the State of Minnesota,<br><br>        Defendant. | File No.  0:14-cv-03391-JRT-SER<br><br>**DEFENDANT METROPOLITAN COUNCIL'S MOTION FOR PROTECTIVE ORDER** |

Defendant Metropolitan Council, by and through its counsel, Lockridge Grindal Nauen P.L.L.P., respectfully moves this Court for entry of a Protective Order stating that: (1) the above-captioned matter is an action for review on an administrative record; (2) pursuant to Rule 26(a)(1)(B) of the Federal Rules of Civil Procedure, the above-captioned matter is exempted from initial disclosures; and (3) Plaintiff Lakes and Park Alliance of Minneapolis, is not entitled to discovery without leave of the Court and that Plaintiff has not made sufficient showings for such leave to be granted.

Defendant's Motion for Protective Order is based upon the grounds set forth in the memorandum of law which Defendant will submit pursuant to the Federal Rules of Civil Procedure and Local Rule 7.1 and all of the files, records and proceedings in this matter.

497782.1

Dated:  December 28, 2015        Respectfully submitted,

             LOCKRIDGE GRINDAL NAUEN P.L.L.P.


             **s/David J. Zoll**
             Charles N. Nauen, #121216
             David J. Zoll, #0330681
             Kristen G. Marttila, #0346007
             100 Washington Avenue South, Suite 2200
             Minneapolis, MN  55401
             Tel: (612) 339-6900
             Fax: (612) 339-0981
             Email: cnnauen@locklaw.com
                djzoll@locklaw.com
                kgmarttila@locklaw.com

             Ann K. Bloodhart, #0248393
             Associate General Counsel
             METROPOLITAN COUNCIL
             390 Robert Street North
             St. Paul, MN  55101
             Tel: (651) 602-1105
             Fax: (651) 602-1640
             Email: ann.bloodhart@metc.state.mn.us

             **ATTORNEYS FOR DEFENDANT**
             **METROPOLITAN COUNCIL**