# EXHIBIT A

**BASSFORD REMELE**

Lewis A. Remele, Jr.
Attorney

612.376.1601
612.746.1201 fax

lremele@bassford.com

BASSFORD REMELE
A Professional Association
33 South Sixth Street, Suite 3800
Minneapolis, MN 55402-3707

612.333.3000
612.333.8829 fax

www.bassford.com

October 8, 2015

RECEIVED
OCT - 8 2015
BY:_____

Charles N. Nauen
David J. Zoll
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401

Ann K. Bloodhart
Associate General Counsel
Metropolitan Council
390 Robert Street North
St. Paul, MN 55101

Re: *Lakes and Parks Alliance of Minneapolis vs. The Metropolitan Council*
Our File No.: 7728-1

Dear Counsel:

Enclosed and served upon you by U.S. Mail, please find the following:

1. First Set of Interrogatories to Defendant Metropolitan Council; and

2. First Set of Document Requests to Defendant Metropolitan Council.

Very truly yours,

Lewis A. Remele, Jr.

LAR:mb
Enclosures

cc: Thomas L. Johnson
   Joy R. Anderson

*A Full-Service Litigation Firm*

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Lakes and Parks Alliance of Minneapolis, a Minnesota non-profit corporation<br><br>Plaintiff,<br><br>vs.<br><br>The Metropolitan Council,<br><br>Defendant. | File No. 0:14-cv-03391-JRT-SER<br><br><br><br>**FIRST SET OF INTERROGATORIES TO DEFENDANT METROPOLITAN COUNCIL** |

TO: DEFENDANT METROPOLITAN COUNCIL AND ITS COUNSEL OF RECORD, CHARLES N. NAUEN AND DAVID J. ZOLL, LOCKRIDGE GRINDAL NAUEN, 100 WASHINGTON AVENUE SOUTH, SUITE 2200, MINNEAPOLIS, MN 55401 AND ANN K. BLOODHART, METROPOLITAN COUNCIL, 390 ROBERT STREET NORTH, ST. PAUL, MN 55101.

PLEASE TAKE NOTICE that Plaintiff Lakes and Parks Alliance of Minneapolis requests, pursuant to Rule 33 of the Federal Rules of Civil Procedure, that Defendant Metropolitan Council answer in writing and under oath the following interrogatories within 30 days after the interrogatories are served.

## INSTRUCTIONS AND DEFINITIONS

1. These interrogatories shall be deemed continuing and to require supplemental answers to the extent you obtain further relevant information after your initial response.

2. If you object to any discovery request on the basis of attorney-client privilege, work-product doctrine, or any other privilege, state the privilege claimed, and

identify the documents or communications for which such privilege is claimed, stating the following:

    a. The date of the communication;

    b. The description of the document or communication protected, including the identity of all persons present or all persons who authored, transmitted, or received a copy of such communication, and the number of pages, if written;

    c. The subject matter of the document or communication; and

    d. The basis on which the privilege is claimed.

3. The word "person" includes individuals and corporations, partnerships, unincorporated associations, and other business entities, and any governmental unit or agency.

4. Where the following interrogatories request you to identify a person, identify the same by stating the full name, last known physical address, telephone number and email address.

5. The use of the term "documents" is to have the broadest definition possible consistent with the Federal Rules of Civil Procedure, and it specifically includes emails and all other electronically stored information.

6. The terms "you" and "your" refer to the Metropolitan Council and all of its employees, agents, and representatives.

7.      Unless otherwise stated, the relevant time period for all interrogatories is November 1, 2012 and thereafter.

## INTERROGATORIES

**INTERROGATORY NO. 1:** Identify each person who supplied any of the information relied upon in preparing the Metropolitan Council's Answer or Answers to these Interrogatories and identify what information each such person provided.

**INTERROGATORY NO. 2:** Identify each person who participated on behalf of the Metropolitan Council in the negotiation or drafting of the Memorandum of Understanding relating to the Southwest Light Rail Transit project ("SWLRT") between the Metropolitan Council and the City of St. Louis Park.

**INTERROGATORY NO. 3:** Identify each person who participated on behalf of the Metropolitan Council in the negotiation or drafting of the Memorandum of Understanding relating to the SWLRT between the Metropolitan Council and the City of Minneapolis.

**INTERROGATORY NO. 4:** Identify each person who participated on behalf of the Metropolitan Council in seeking the municipal consents obtained from the Cities of Minneapolis and St. Louis Park and communications with either city regarding such consents subsequent to their obtainment.

**INTERROGATORY NO. 5:** Identify each person who participated on behalf of the Metropolitan Council in the negotiations or drafting of the Memorandum of Understanding relating to the SWLRT between the Metropolitan Council and the Minneapolis Park and Recreation Board.

**INTERROGATORY NO. 6:** Identify each person who has communicated with the Federal Transit Administration on behalf of the Metropolitan Council regarding any aspect of the SWLRT.

**INTERROGATORY NO. 7:** Identify each person who has communicated with any Minnesota legislator, the Governor of Minnesota, or any member of the United States Congress on behalf of the Metropolitan Council regarding any aspect of the SWLRT.

**INTERROGATORY NO. 8:** Identify all potential alignments for the SWLRT that are still under consideration for adoption by the Metropolitan Council, and provide a summary of the funds expended on the assessment, design and engineering of each.

**INTERROGATORY NO. 9:** Identify all actions the Metropolitan Council is taking relative to the alignment for the SWLRT approved by all five corridor city councils and Hennepin County in September 2015 ("SWLRT Alignment").

**INTERROGATORY NO. 10:** Identify what actions the Metropolitan Council is taking to prepare for an alignment for the SWLRT other than the SWLRT Alignment.

**INTERROGATORY NO. 11:** Identify all actions the Metropolitan Council is taking to prepare for the potential relocation of freight rail into St. Louis Park.

Dated: October 8, 2015

| | |
|---|---|
| **GRAY, PLANT, MOOTY, MOOTY & BENNETT, P.A.** | **BASSFORD REMELE**<br>*A Professional Association* |
| By /s/Thomas L. Johnson<br>   Thomas L. Johnson (#52037)<br>   Joy R. Anderson (#388217)<br>500 IDS Center<br>80 South Eighth Street<br>Minneapolis, Minnesota 55402<br>Telephone: (612) 632-3000<br>Fax: (612) 632-4444<br>thomas.johnson@gpmlaw.com<br>joy.anderson@gpmlaw.com | By /s/Lewis A. Remele, Jr.<br>   Lewis A. Remele, Jr. (#90724)<br>   J. Scott Andresen (#292953)<br>33 South Sixth Street, Suite 3800<br>Minneapolis, MN 55402-3707<br>Telephone: 612.376.1601<br>Fax:   612.746.1201<br>lremele@bassford.com<br>sandresen@bassford.com |

ATTORNEYS FOR PLAINTIFF LAKES AND PARKS ALLIANCE OF MINNEAPOLIS

1495009.docx

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Lakes and Parks Alliance of Minneapolis, a Minnesota non-profit corporation

Plaintiff,

vs.

The Metropolitan Council,

Defendant.

File No. 0:14-cv-03391-JRT-SER

**FIRST SET OF DOCUMENT REQUESTS TO DEFENDANT METROPOLITAN COUNCIL**

TO: DEFENDANT METROPOLITAN COUNCIL AND ITS COUNSEL OF RECORD, CHARLES N. NAUEN AND DAVID J. ZOLL, LOCKRIDGE GRINDAL NAUEN, 100 WASHINGTON AVENUE SOUTH, SUITE 2200, MINNEAPOLIS, MN 55401 AND ANN K. BLOODHART, METROPOLITAN COUNCIL, 390 ROBERT STREET NORTH, ST. PAUL, MN 55101.

PLEASE TAKE NOTICE that Plaintiff Lakes and Parks Alliance of Minneapolis requests, pursuant to Rule 33 of the Federal Rules of Civil Procedure, that Defendant Metropolitan Council answer in writing and under oath the following document requests within 30 days after the document requests are served.

**INSTRUCTIONS AND DEFINITIONS**

1. These document requests shall be deemed continuing and to require supplemental answers to the extent you obtain further relevant information after your initial response.

2. If you object to any discovery request on the basis of attorney-client privilege, work-product doctrine, or any other privilege, state the privilege claimed, and

identify the documents or communications for which such privilege is claimed, stating the following:

    a. The date of the communication;

    b. The description of the document or communication protected, including the identity of all persons present or all persons who authored, transmitted, or received a copy of such communication, and the number of pages, if written;

    c. The subject matter of the document or communication; and

    d. The basis on which the privilege is claimed.

3. The word "person" includes individuals and corporations, partnerships, unincorporated associations, and other business entities, and any governmental unit or agency.

4. Where you are requested to identify a person in the following document requests, identify the person by stating the full name, last known address, and telephone number.

5. The use of the term "documents" is to have the broadest definition possible consistent with the Federal Rules of Civil Procedure, and it specifically includes electronically stored information.

6. The terms "you" and "your" refer to the Metropolitan Council and all of its employees, agents, and representatives.

7. Unless otherwise stated, the relevant time period for all requests is November 1, 2012 and thereafter.

## DOCUMENT REQUESTS

**REQUEST NO. 1:** All documents referred to in your Answer or Answers to Interrogatories, or to which you referred when drafting the Answer or Answers to Interrogatories.

**REQUEST NO. 2:** All contracts, letters of intent or other agreements, whether binding or non-binding, with any vendors or contractors for any aspect of the design, engineering, construction, or other products or services relating to the Southwest Light Rail Transit ("SWLRT") Project ("SWLRT Agreements").

**REQUEST NO. 3:** All communications with vendors or contractors relating to any of the SWLRT Agreements, including the negotiations, execution, interpretation or significance of such Agreements.

**REQUEST NO. 4:** All Requests for Proposals relating to the design, engineering, construction, or other products or services relating to the SWLRT.

**REQUEST NO. 5:** All bids or other responses received in response to the Requests for Proposals.

**REQUEST NO. 6:** All communications with potential vendors or contractors relating to any aspect of the Requests for Proposals.

**REQUEST NO. 7:** All communications or agreements relating to the purchase, lease, or other arrangement for the acquisition or use of property along the proposed SWLRT alignment approved by all five corridor city councils and Hennepin County in September 2015 ("SWLRT Alignment").

**REQUEST NO. 8:** All communications with Minnesota state legislators or the Minnesota governor relating to the SWLRT Project.

**REQUEST NO. 9:** All communications with members of the St. Louis Park City Council or employees of St. Louis Park relating to the SWLRT Project, including the Memorandum of Understanding between St. Louis Park and the Metropolitan Council regarding the SWLRT Project.

**REQUEST NO. 10:** All communications with members of the Minneapolis City Council, the Mayor or employees of Minneapolis relating to SWLRT Project, including the Memorandum of Understanding between Minneapolis and the Metropolitan Council regarding the SWLRT Project.

**REQUEST NO. 11:** All communications with members of the Minneapolis Park and Recreation Board ("MPRB") or employees of MPRB relating to the SWLRT Project, including the Memorandum of Understanding between the Metropolitan Council and the MPRB.

**REQUEST NO. 12:** All communications with the Burlington Northern Santa Fe Railroad or the Twin Cities & Western Railroad relating to the re-alignment or re-routing of freight rail lines relating to the SWLRT Project or the design and alignment of freight rail lines adjacent to the SWLRT.

**REQUEST NO. 13:** All communications with the Federal Transit Administration relating to the SWLRT Project, including the Project's approval and funding.

**REQUEST NO. 14:** Documents sufficient to show the amount of funds expended by the Metropolitan Council on any aspect of the SWLRT Project to date, including

4

documents sufficient to show the amounts expended on the assessment, design, engineering, and construction of each of the SWLRT alignments still under consideration by the Metropolitan Council.

**REQUEST NO. 15:** Any written or recorded statements or reports obtained by the Metropolitan Council or its attorneys relating to any of the matters at issue in this action apart from those submitted in response to the Draft Environmental Impact Statement or the Supplemental Draft Environmental Impact Statement.

**REQUEST NO. 16:** All documents provided to any person the Metropolitan Council expects to call as an expert witness at trial of this case.

**REQUEST NO. 17:** All documents that support any of the Metropolitan Council's affirmative defenses.

**REQUEST NO. 18:** Any documents relating to any alleged admissions by the Lakes and Parks Alliance of Minneapolis.

Dated: October 8, 2015

| | |
|---|---|
| **GRAY, PLANT, MOOTY, MOOTY & BENNETT, P.A.** | **BASSFORD REMELE,** *A Professional Association* |
| By /s/Thomas L. Johnson<br>    Thomas L. Johnson (#52037)<br>    Joy R. Anderson (#388217)<br>500 IDS Center<br>80 South Eighth Street<br>Minneapolis, Minnesota 55402<br>Telephone: (612) 632-3000<br>Fax: (612) 632-4444<br>thomas.johnson@gpmlaw.com<br>joy.anderson@gpmlaw.com | By /s/Lewis A. Remele, Jr.<br>    Lewis A. Remele, Jr. (#90724)<br>    J. Scott Andresen (#292953)<br>33 South Sixth Street, Suite 3800<br>Minneapolis, MN 55402-3707<br>Telephone: 612.376.1601<br>Fax:   612.746.1201<br>lremele@bassford.com<br>sandresen@bassford.com |

ATTORNEYS FOR PLAINTIFF LAKES AND PARKS ALLIANCE OF MINNEAPOLIS

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

|  |  |
|---|---|
| Lakes and Parks Alliance of Minneapolis, a Minnesota non-profit corporation<br><br>Plaintiff,<br><br>vs.<br><br>The Metropolitan Council,<br><br>Defendant. | File No. 0:14-cv-03391-JRT-SER<br><br><br><br>**CERTIFICATE OF SERVICE** |

STATE OF MINNESOTA )
                         ) ss.
COUNTY OF HENNEPIN )

       Service of the attached was made on October 8, 2015 upon the attorney(s) named below by mailing to him/her (them) a copy to his/her (their) last known address by the undersigned on behalf of BASSFORD REMELE, A Professional Association, as attorney of record in the said action.

Service of:

       First Set of Interrogatories to Defendant Metropolitan Council

       First Set of Document Requests to Defendant Metropolitan Council

Attorney(s) Served:

| | |
|---|---|
| Charles N. Nauen<br>David J. Zoll<br>LOCKRIDGE GRINDAL NAUEN P.L.L.P.<br>100 Washington Avenue South, Suite 2200<br>Minneapolis, MN 55401 | Ann K. Bloodhart<br>Associate General Counsel<br>Metropolitan Council<br>390 Robert Street North<br>St. Paul, MN 55101 |

_[signature]_

Subscribed and sworn to before me
this 8th day of October, 2015.

_____
Notary Public

1495196.docx

